AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address.)*<br><br>U.S. Postal Service Priority Mail Parcel addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606, with tracking number 9505 5114 1103 5023 9485 30 | Case No. 25-MJ-517 |

## APPLICATION FOR A SEARCH WARRANT

I, James Keenan, a U.S. Postal Inspector, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Western District of New York *(identify the person or describe property to be searched and give its location)*:

The subject property to be searched: **U.S. Postal Service Priority Mail Parcel addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606, with tracking number 9505 5114 1103 5023 9485 30, as described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment B for the Items to be Seized, all of which are fruits, evidence and instrumentalities related to narcotics trafficking and distribution in violation of Title 21, United States Code, Sections 841, 844 and 846.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [X] evidence of a crime;
- [X] contraband, fruits of crime, or other items illegally possessed;
- [X] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of **Title 21, United States Code, Sections 841, 844 and 846,** and the application is based on these facts which are continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

James Keenan – U.S. POSTAL INSPECTOR
*Printed name and title*

Application submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: January 29, 2025

*Judge's signature*

City and State: Rochester, New York     Hon. Mark W. Pedersen, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A - DESCRIPTION OF PARCEL TO BE SEARCHED

A parcel addressed to "Jennifer Rodriguez 30 Rugraff St Rochester NY 14606" and bears a return address of "ElviN Rodriguez HC 4 Box 7339 Juana Diaz PR 00795". The Priority Mail parcel bears USPS tracking number 9505 5114 1103 5023 9485 30 and is a white colored USPS large Priority Mail flat rate cardboard box measuring approximately 12" x 11.75" x 5.5" and weighing approximately 11lbs and 10.0oz (Hereinafter the "Subject Parcel"). The mailing was prepaid and had an expected delivery date of January 27, 2025.

## ATTACHMENT B – ITEMS TO BE SEIZED

    a.     All controlled substances, controlled substance analogues, drug paraphernalia, and items used in the process of manufacturing controlled substance;

    b.     Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records and other documents noting the price, quantity, and/or times when drugs were obtained, transferred, sold, distributed, and/or concealed;

    c.     Currency or other monetary instruments.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

STATE OF NEW YORK   )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER  )

Your Affiant, James M. Keenan, United States Postal Inspector, being duly sworn, hereby deposes and states:

1. I am a United States Postal Inspector assigned to the Boston Division (Rochester, NY Field Office) of the United States Postal Inspection Service ("Inspection Service") and have been so employed since June 2015. Prior to June 2015 and before becoming a Postal Inspector, I worked as a Customs and Border Protection Officer at the San Ysidro Port of Entry for approximately three years. I am currently assigned to the Rochester Miscellaneous Crimes Team which investigates violations of Federal law, including identity theft, mail theft, credit card fraud, wire fraud, mail fraud and drug trafficking. The investigation of drug trafficking in Rochester, NY specifically targets narcotics and narcotics proceeds sent via the U.S. Mail.

2. Your Affiant's education and training includes the following: Upon entering the Inspection Service, I completed twelve weeks of training in Potomac, MD. The training covered various aspects of federal law enforcement, including the investigation of narcotics related offenses. I have received instruction on conducting investigations of, and have in fact participated in investigations involving, possession with intent to distribute and distribution of controlled dangerous substances. I was previously assigned to the Los Angeles Fraud Task Force with the U.S. Secret Service where I worked with Agents of the Drug Enforcement Administration and participated in controlled deliveries of narcotics. Prior to entering the

Inspection Service, I served as a Customs and Border Protection Officer ("CBPO") upon graduating from the Federal Law Enforcement Training Center. At the academy, I completed an eighteen-week basic training course which included training in narcotic seizures and related offenses. During my time as a CBPO, I participated in numerous seizures of narcotics being trafficked across the border between Tijuana and San Diego. Through my time as a CBPO I learned about how narcotics are packaged and uniquely labeled, smuggling trends, and had an opportunity to field test and seize a variety of narcotic substances from both persons and vehicles.

3. During my employment as a Postal Inspector, I have participated in investigations involving the mailing of controlled substances through the U.S. mails. In particular, I have worked on cases involving controlled substances and I have participated in interviewing witnesses and cooperating individuals regarding illegal trafficking of drugs and have read official reports of other officers. As a result of my experience, I am familiar with the common practices utilized by drug traffickers to smuggle drugs and money using various methods including but not limited to commercial mail/parcel carriers.

## DESCRIPTION OF ITEM TO BE SEARCHED

4. I make this affidavit in support of an application for a warrant authorizing the search of the following **U.S. Postal Service Priority Mail parcel**:

A parcel addressed to **"Jennifer Rodriguez 30 Rugraff St Rochester NY 14606"** and bears a return address of **"ElviN Rodriguez HC 4 Box 7339 Juana Diaz PR 00795"**. The Priority Mail parcel bears USPS tracking number **9505 5114 1103 5023 9485 30** and is a white colored USPS large Priority Mail flat rate cardboard box measuring approximately 12" x 11.75" x 5.5" and weighing approximately **11lbs and 10.0oz** (Hereinafter the "Subject Parcel"). The mailing was prepaid and had an expected delivery date of January 27, 2025.

5.      Since this affidavit is being submitted for the limited purpose of securing a search warrant for the Subject Parcel, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 21, United States Code, Sections 841, 844 and 846 will be located within the Subject Parcel.

## SUSPICIOUS CHARACTERISTICS OF MAIL PARCELS OFTEN FOUND TO CONTAIN CONTRABAND OR NARCOTICS

6.      Based on my training and experience, I am aware that the Postal Service's Priority Mail Express service was custom-designed to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Priority Mail Express parcels typically used by businesses to send documents often utilize typewritten labels, are sent in pre-printed cardboard mailers, and typically weigh, on average, up to 2 pounds. Corporate charge accounts were also developed by the Postal Service so that businesses would be able to enter their account number directly on the Priority Mail Express label, thus avoiding time-consuming cash payments for each business mailing. Priority Mail Express also comes with a "built-in" unique tracking number that can be used to track the status of each parcel. In contrast to Priority Mail Express, Priority Mail service developed primarily to allow businesses and the general public a means to expedite delivery of items within a specific timeframe, typically within 2-4 days, when overnight service is not required. Priority Mail also comes with a "USPS Tracking Number" that can be used to track the status of each parcel, in the same way Priority Mail Express parcels are tracked. Priority Mail also offers mailers the ability to send documents (or other items) in a pre-printed cardboard mailer, which typically weighs up to 2 pounds, similar to the option available using a Priority Mail

3

Express pre-printed cardboard mailer.

7. Based on my training and experience, I have learned that narcotics traffickers often utilize Priority Mail Express and Priority Mail for the transportation of controlled substances, or the proceeds from the sale of controlled substances, based upon the fact that Priority Mail Express and Priority Mail can quickly move the items to the delivery destination. Perhaps more importantly, the movement of packages via Priority Mail Express and Priority Mail can also be tracked via telephone and/or the internet based upon the unique tracking number assigned to each specific parcel. This is important to narcotics traffickers because any delay in the delivery of the mail can serve as an indication to the mailer that the items have possibly been intercepted by the U.S. Postal Inspection Service. Additionally, items sent via Priority Mail Express or Priority Mail are considered to be first-class mail, and therefore, cannot be opened without a Federal Search Warrant.

8. I am also aware, based upon my training and experience, that parcels containing contraband often display many similar qualities. For example, these packages may often display some or all of, but not limited to, the following characteristics:

   a. Unlike typical Priority Mail Express or Priority Mail business mailings containing documents, which usually have typed labels, parcels known to have contained controlled substances and/or their proceeds typically bear a handwritten label. Based on my training and experience, and upon the training and experience of fellow Postal Inspectors, I know that drug dealers routinely use handwritten mailing labels when they transport narcotics and/or their proceeds through the mails.

   b. The absence of a corporate account number listed on a label indicates the sender paid for postage using cash or its equivalent. A package containing controlled substances typically does not contain a corporate account number, thereby indicating that the sender of the package paid cash or its equivalent, which is less traceable. Based on my training and experience, and upon the training and experience of fellow Postal Inspectors, senders of parcels containing controlled

4

    substances are known to pay for postage using cash in order to remain anonymous and to therefore avoid detection.

c. The handwritten label will often contain one or more of the following: misspelled words, incomplete addresses, fictitious addresses, or is addressed to and/or from fictitious persons. Based upon your affiant's experience and discussions with other experienced Postal Inspectors, I am aware that individuals who ship and/or receive drugs via the mail often employ fictitious return addresses and/or names not associated with the addresses, in order to avoid detection. This allows them to distance themselves from the contraband should the parcel be intercepted by law enforcement.

d. Packages containing controlled substances are normally heavier than the typical business mailing (described in paragraph 6 above) containing documents.

e. Parcels containing controlled substances often have an originating Post Office that is located in a different area, town or city than the return address listed on the parcel. The distance between the two locations can vary. Traveling various distances is often used by mailers of illegal narcotics and their proceeds in order to avoid detection, recognition, and/or being caught on surveillance video.

f. Parcels containing controlled substances are often heavily taped or glued on the seams of the parcel, and/or the outside of the package is wrapped with a type of paper covering. Heavy taping or gluing of seams, or wrapping the exterior of the package is consistent with parcels known to have contained illegal narcotics. Such efforts appear to be an attempt to contain any odors which might otherwise emanate from the package. In addition, suspicious parcels sometimes are packaged in decorative boxes to appear as gifts and/or bear markings that include "fragile" or "perishable." Mailers of illegal substances sometimes use such indicators, including purchasing services such as insurance, in order to make the parcels appear more legitimate, mundane and inconspicuous.

g. Parcels containing controlled substances may be shipped from locations which, based upon previous successful interdictions, are known source locations for the distribution of illegal narcotics.

    Parcels found to meet any or all of the characteristics described above are often scrutinized by Inspectors through address verifications and trained narcotic-detecting canine examination. Postal Inspectors have been authorized to seize packages, including Priority Mail Express and Priority Mail, which contain illegal narcotics that were shipped from areas around the country and Puerto Rico.

## PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

9. On January 25, 2025, the Subject Parcel processed in the Rochester, NY USPS mail facility. The parcel shared characteristics known to be associated with packages containing narcotics as it bore a handwritten label, was heavily taped and was inbound from Puerto Rico, a known source area for narcotics distribution.

10. On January 25, 2025, I performed queries of law enforcement databases regarding the sender and recipient information found on the shipping label for the Subject Parcel. The information did not appear to be accurate. The listed sender, "ElviN Rodriguez", could not be associated with the return address of HC 4 Box 7339 Juana Diaz PR 00795. The listed recipient, "Jennifer Rodriguez" could not be associated with the delivery address of 30 Rugraff St Rochester NY 14606.

11. Based on these factors, I decided to submit the parcel to a trained narcotics-detecting canine for examination. On January 25, 2025, I met Monroe County Sheriff's Deputy Shawn Edwards and Canine Officer "Ike at the USPIS Rochester Field Office, where "Ike" performed a drug sniff of the Subject Parcel within the break room area of a secured office space, as part of an array of similar parcels that were known to not contain controlled substances. The handler let the canine search the break room area freely. The canine searched the entire break room area and, according to Deputy Edwards, "Ike" alerted only to the Subject Parcel. According to Deputy Edwards, the dog sniff of the Subject Parcel resulted in a positive alert, indicating that "Ike" detected the odor of a controlled substance that he has been

trained to detect. Deputy Edwards' affidavit is attached as 'Exhibit A' and is incorporated as part of this affidavit.

## CONCLUSION

12.   Based upon the foregoing, it is respectfully submitted that there is probable cause to believe that the above-referenced Subject Parcel contains fruits, evidence, and instrumentalities related to narcotics trafficking and distribution in violation of Title 21, United States Code, Sections 841, 844 and 846.

**WHEREFORE**, it is respectfully requested that a search warrant be issued to search the contents of the Subject Parcel.

JAMES KEENAN
U.S. Postal Inspector

Affidavit submitted electronically by email in .pdf format.
Oath Administered, and contents and signature attested to
me telephonically pursuant to Fed. R. Crim. P. 4.1 and
41(d)(3) on January 29, 2025.

HON. MARK W. PEDERSEN
United States Magistrate Judge

# EXHIBIT A

Page 1                                                                                           CR#

# AFFIDAVIT

State of **NEW YORK** } ss
County of **MONROE**



I, _Shawn Edwards_    Employed by  _The Monroe County Sheriff's Office, Rochester, NY 14614_
   Name                                Address              City           State    Zip Code

By this affidavit, make the following statement of fact:

I, Shawn Edwards, am employed by the Monroe County Sheriff's Office in the capacity of Road Patrol Deputy. I am currently assigned to the K-9 Unit with my K-9 "Ike". Ike and I participated in and successfully completed the Patrol Tracking canine course which concentrates on area searches, tracking, building searches and criminal apprehension, to include the location of human beings. Next, Ike and I participated in the six week K-9 Narcotics Detection Training course offered through the Monroe County Sheriff's Office. Ike and I successfully completed the course in April 2020. Both Ike and I were then tested and certified by the New York State Bureau of Municipal Police (BMP), which oversees NYS training standards. Ike has been specifically trained and certified in the detection of the odors of cocaine, heroin, methamphetamine and ectacsy. Ike and I train several times per month at narcotics detection, in order to maintain our BMP certification. We are re-examined by BMP every three years. During our monthly controlled training sessions, Ike is tested using real narcotics (obtained through the Drug Enforcement Administration). The narcotics are concealed or hidden in various locations. Ike is then required to locate the items. Ike has been trained to alert to the presence of narcotics by either scratching, biting or barking at the item. During training sessions, Ike consistently demonstrates a high degree of proficiency in locating the hidden narcotics. Since Ike was certified, Ike has been utilized on numerous occasions to attempt to locate narcotics. In my experience, Ike has successfully found narcotics located in many different locations, to include packages, motor vehicles, buildings, and outdoors (buried in the ground). To my knowledge, I have never known Ike to falsely alert to the odor of narcotics. I have averaged approximately five parcel narcotics searches per month since Ike has been in service, and only twelve times has Ike alerted to a parcel where contraband was not found.

Verification by Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable by a class A misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury this

25 day of _____January_____ 2025_____

Page 2                                                                                       CR#

# AFFIDAVIT

State of     **NEW YORK**    } ss
County of    **MONROE**



I, _Shawn Edwards_   Employed by  _The Monroe County Sheriff's Office, Rochester, NY 14614_
        Name                               Address                        City          State    Zip Code

By this affidavit, make the following statement of fact:

On **January 25, 2025,** at approximately 0827 hours I was requested by Postal Inspector J. Keenan of the U.S. Inspection Service to respond to the Rochester NY Domicile at 1335 Jefferson Rd, Rochester, NY 14692 for a narcotics search on the following package. At **approximately 0921 hours** I directed K9 "Ike" to search the break room area of the secured area of the Rochester NY Domicile. The package in question is a **USPS Priority Mail parcel bearing Tracking Number 9505 5114 1103 5023 9485 30 and is addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606.** Inspector Keenan placed the suspicious parcel in the break room area of the secured area with an array of similar parcels known not to contain controlled substances. When K-9 "Ike" sniffed the above numbered parcel "Ike" alerted to the odor of narcotics with an aggressive alert. I was not informed as to which package was the parcel in question. To my knowledge, I have never known "Ike" to falsely alert to the odor of narcotics.

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the New York State Penal Law. Affirmed under penalty of perjury.

X_____[signature]_____   Date _01-25-25_
(affirmed)

Verification by Subscription and Notice
Under Penal Law Section 210.45

It is a crime, punishable by a class A misdemeanor under the laws of the State of New York, for a person, in and by written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.

Affirmed under penalty of perjury this

25 day of _____January_____ 2025_____