AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address.)*

U.S. Postal Service Priority Mail Parcel addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606, with tracking number 9505 5114 1103 5023 9485 30

Case No. 25-MJ-517

## SEARCH AND SEIZURE WARRANT
## BY TELEPHONE OR OTHER RELIABLE MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of New York (identify the person or describe the property to be searched and give its location): **U.S. Postal Service Priority Mail Parcel addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606, with tracking number 9505 5114 1103 5023 9485 30, as described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment B for the Items to be Seized, all of which are fruits, evidence and instrumentalities related to narcotics trafficking and distribution in violation of Title 21, United States Code, Sections 841, 844 and 846.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property: **U.S. Postal Service Priority Mail Parcel addressed to Jennifer Rodriguez 30 Rugraff St Rochester NY 14606, with tracking number 9505 5114 1103 5023 9485 30, as described in Attachment A.**

YOU ARE COMMANDED to execute this warrant on or before **February 12, 2025**
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Mark W. Pedersen. *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of

Date and time issued: January 29, 2025 at 3:53 PM

*Judge's signature*

City and State: Rochester, New York     Hon. Mark W. Pedersen, U.S. Magistrate Judge
Printed Name and Title

AO 93    (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 25-MJ-517 | Date and time warrant executed:<br>01/30/2025 at 8:56 a.m. | Copy of warrant and inventory left with:<br>USPS/ USPIS |
| Inventory made in the presence of:<br>Thomas Taylor and Steven Barrientos, U.S. Postal Inspectors | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- Approximately 2,043.5 grams of an off-white chunky powdery substance which field tested positive for cocaine.

- A Priority Mail box bearing tracking #9505 5114 1103 5023 9485 30 containing non-narcotic packaging materials.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: February 4, 2025

Executing officer's signature

James Keenan, U.S. Postal Inspector
Printed name and title